SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorney for Plaintiff,
LAMAR MYERS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

LAMAR MYERS,

          Plaintiff,

   vs.

A & T LIQUOR, INC.; NICK
ANANIAS; and DOES 1 through 10,

      Defendants.

**Case No.: 2:21-cv-02095-CJC-KESx**

**NOTICE OF SETTLEMENT OF
ENTIRE CASE**

     Notice is hereby given that Plaintiff Lamar Myers ("Plaintiff") and Defendants
have settled the above-captioned matter as to the entire case.  Parties requests that
the Court grant thirty (30) days from the date of this filing for Plaintiff to file
dispositional documents in order to afford Parties time to complete settlement.

  DATED:  June 11, 2021

**SO. CAL EQUAL ACCESS GROUP**

              */s/ Jason J. Kim*
              JASON J. KIM
              Attorney for Plaintiff